**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF VERMONT

Case number *(if known)* _____   Chapter   **7**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **A-Nice, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Snow Mountain Market** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **80-0296708** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **323 Route 100** **West Dover, VT 05356** Number, Street, City, State & ZIP Code | **409 Grassy Brook Road** **Newfane, VT 05345** P.O. Box, Number, Street, City, State & ZIP Code |
| **Windham** County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **N/A**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **A-Nice, LLC**
_____      Case number (*if known*) _____
Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____**4451**____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor   **A-Nice, LLC**
        Name

| List all cases. If more than 1, attach a separate list | Debtor | **Andrew Nystrom and Marie Nystrom** | Relationship | **Members** |
|---|---|---|---|---|
| | District | **Vermont** | When **6/24/25** | Case number, if known **TBD** |

**11. Why is the case filed in this district?**   Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   Check one:

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **A-Nice, LLC**                                                                     Case number (*if known*)
    Name

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 25, 2025**
              MM / DD / YYYY

**X /s/ Andrew J. Nystrom**                                    **Andrew J. Nystrom**
Signature of authorized representative of debtor              Printed name

Title   **Member/Manager**

---

**18. Signature of attorney**

**X /s/ Michael B. Fisher**                          Date   **June 25, 2025**
Signature of attorney for debtor                            MM / DD / YYYY

**Michael B. Fisher**
Printed name

**Fisher Law Offices, PLLC**
Firm name

**45 Lyme Road, Suite 205**
**Hanover, NH 03755**
Number, Street, City, State & ZIP Code

Contact phone   **(603) 643-1313**      Email address   **fisher@mbfisherlaw.com**

**VT**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **A-Nice, LLC**

United States Bankruptcy Court for the:    DISTRICT OF VERMONT

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 25, 2025**           X */s/ Andrew J. Nystrom*
                                              Signature of individual signing on behalf of debtor

                                              **Andrew J. Nystrom**
                                              Printed name

                                              **Member/Manager**
                                              Position or relationship to debtor

Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name **A-Nice, LLC**

United States Bankruptcy Court for the:   DISTRICT OF VERMONT

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*......................................................................................... $        **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................... $       **409,911.78**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................... $       **409,911.78**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **2,637,337.54**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $       **30,497.43**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$      **101,447.00**

4. Total liabilities .................................................................................................
   Lines 2 + 3a + 3b        $    **2,769,281.97**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **A-Nice, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF VERMONT |
| Case number *(if known)* | |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property      **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **M&T Bank** | **Checking** | **4594** | **$13,000.00** |
| 3.2. | **M&T Bank** | **Checking** | **8886** | **$559.41** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      | **$13,559.41** |

**Part 2:      Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Liquor Control Board of the State of Vermont - $17,000 bond via surety The Ohio Casualty Insurance Company** | **$0.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor     **A-Nice, LLC**                                    Case number *(If known)* _____
          Name

Description, including name of holder of prepayment

8.1.    **Prepayment/deposit to Adrian & Adrian to prepare 2025 federal and state tax returns**          $1,800.00

9.      **Total of Part 2.**                                                                              $1,800.00
        Add lines 7 through 8. Copy the total to line 81.

Part 3:   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:              4,552.37       -              0.00      = ....      $4,552.37
                                        face amount             doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                                              $4,552.37
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

Part 4:   **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Part 5:   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** **Miscellaneous grocery inventory and food items ($25,000), dairy products ($1,000), frozen foods ($4,000)** | | $0.00 | Recent cost | $30,000.00 |
| **Miscellaneous alcohol products for sale (beer and wine)** | | $0.00 | Recent cost | $5,000.00 |
| 22.  **Other inventory or supplies** | | | | |

| Debtor | **A-Nice, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$35,000.00

24. **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.

☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Debtor     **A-Nice, LLC**                                    Case number *(If known)* _____
       Name

| | | | |
|---|---|---|---|
| **Two computers, five (total) walk-in refrigeration/freezer units, three produce coolers, miscellaneous check out lane equipment, two ice cream freezers, one hood system, three deli cases, shelving, four POS systems, three telephonees, meat cutting tables, two scales, two deli slicers, griddle, convection oven, 1 Hill Phoenix 8 Door Reach-In Freezer Line Up Model ONRZ; 1 Trenton Outdoor Condensing Unit; 1 Hill Phoenix 8' Service Fresh Meat Case Model SSAM** | $0.00 | | $75,000.00 |
| **New/unused equipment consisting of two deli cases, eight door freezer, three coolers, shelving**<br>**Location: WW Building Supply, Shafter Street, Wilmington, VT 05363** | $0.00 | | $250,000.00 |
| **Miscellaneous roof trusses that were to be used in debtor's prior plans for expansion** | $0.00 | Recent cost | $30,000.00 |

51.    **Total of Part 8.**                                       **$355,000.00**

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

    ■ No
    ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                 **Current value of debtor's interest**

Debtor    **A-Nice, LLC**                                         Case number *(If known)* _____
          _____
          Name

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**
      **Building and Business Personal Property insurance
      policy via MMG Insurance Company; provides
      $1,000,000 on leased building and $120,000 on business
      personal property; policy expires December 10, 2025**                              **$0.00**

      **Workers' Compensation and Employers' Liability
      insurance policy via Security National Insurance
      Company**                                                                          **$0.00**

74.   **Causes of action against third parties (whether or not a lawsuit
      has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of
      every nature, including counterclaims of the debtor and rights to
      set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership

78.   **Total of Part 11.**                                                      | **$0.00** |

      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 5

Debtor   **A-Nice, LLC**
_____   Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $13,559.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,800.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,552.37 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $35,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $355,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $409,911.78 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $409,911.78 |

**Fill in this information to identify the case:**

Debtor name   **A-Nice, LLC**

United States Bankruptcy Court for the:   DISTRICT OF VERMONT

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Dogwood State Bank** | Describe debtor's property that is subject to a lien | **$1,326,483.97** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**5401 Six Forks Road
Suite 100
Raleigh, NC 27609**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**June 1, 2022**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**All business assets**

**Describe the lien**

**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Dogwood State Bank** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**5401 Six Forks Road
Suite 100
Raleigh, NC 27609**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**May 25, 2022**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**All business assets**

**Describe the lien**

**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | A-Nice, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 | **Glacier Bank** | Describe debtor's property that is subject to a lien | $180,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**P.O. Box 27**
**Kalispell, MT 59903**

Creditor's mailing address

Describe the lien
**UCC Financing Statement**
**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**September 25, 2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $1,130,853.57 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Furniture, Fixtures and Equipment** | | |

**409 3rd Street, SW**
**Washington, DC 20416**

Creditor's mailing address

Describe the lien
**UCC Financing Statement**
**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**July 6, 2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,637,337.54 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | **A-Nice, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Dogwood State Bank**<br>**5955 Carnegie Blvd.**<br>**Suite 200**<br>**Charlotte, NC 28209** | Line **2.1** | |
| **Dogwood State Bank**<br>**10130 Mallard Creek Road**<br>**Charlotte, NC 28262** | Line **2.1** | |
| **Granite State Economic Development Inc.**<br>**1 Cate Street, #3**<br>**P.O. Box 1491**<br>**Attn: Carissa Murray**<br>**Portsmouth, NH 03802** | Line **2.4** | |
| **U.S. Small Business Administration**<br>**c/o United States Attorney**<br>**11 Elmwood Avenue, 3rd Floor**<br>**P.O. Box 570**<br>**Burlington, VT 05402** | Line **2.4** | |

**Fill in this information to identify the case:**

Debtor name **A-Nice, LLC**

United States Bankruptcy Court for the: DISTRICT OF VERMONT

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim **$0.00** | Priority amount **$0.00** |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Total claim **$0.00**   Priority amount **$0.00**

---

**2.2** Priority creditor's name and mailing address
**Vermont Department of Labor**
5 Green Mountain Drive
P.O. Box 488
Montpelier, VT 05601-0488

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Total claim **$0.00**   Priority amount **$0.00**

| Debtor | **A-Nice, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Vermont Department of Liquor and Lottery**
**1311 US Route 302**
**Suite 100**
**Barre, VT 05641**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,497.43 | $30,497.43 |
|---|---|---|---|---|

**Vermont Department of Taxes**
**Bankruptcy Unit, 3rd Floor**
**109 State Street**
**P.O. Box 429**
**Montpelier, VT 05601-0429**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Meals and rooms; sales and use tax**

Last 4 digits of account number **6708**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,544.34 |
|---|---|---|---|

**AM Trust Financial**
**800 Superior Avenue E.**
**21st Floor**
**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Worker's compensation insurance following audit**

Last 4 digits of account number  **6504**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Associated Grocers of New England, Inc.**
**11 Cooperative Way**
**P.O. Box 6000**
**Pembroke, NH 03275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Loan**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Black River Produce**
**P.O. Box 489**
**North Springfield, VT 05150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Notice only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **A-Nice, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.4**

**Nonpriority creditor's name and mailing address**

**Casella Waste Services**
**437 Vernon Street**
**Brattleboro, VT 05301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trash services**

Is the claim subject to offset? ☒ No ☐ Yes

$1,000.00

---

**3.5**

**Nonpriority creditor's name and mailing address**

**Consolidated Communications**
**f/d/b/a Fairpoint Communications**
**121 South 17th Street**
**Mattoon, IL 61938-3987**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Telecommunications services - Notice only**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.6**

**Nonpriority creditor's name and mailing address**

**Dumac Business Systems**
**19 Corporate Circle**
**#1**
**East Syracuse, NY 13057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **POS Help**

Is the claim subject to offset? ☒ No ☐ Yes

$30,000.00

---

**3.7**

**Nonpriority creditor's name and mailing address**

**Duncan Cable**
**48 Sunny Knoll Drive**
**Wilmington, VT 05363**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Internet service provider - notice only**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.8**

**Nonpriority creditor's name and mailing address**

**ERC Specialists**
**560 E Timpanogos Circle**
**Orem, UT 84097**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Company that obtains employee retention credits which debtor never engage with**

Is the claim subject to offset? ☒ No ☐ Yes

$2,000.00

---

**3.9**

**Nonpriority creditor's name and mailing address**

**Frito-Lay North America, Inc.**
**c/o CT Corporation System**
**1999 Bryan Street**
**Suite 900**
**Dallas, TX 75201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - notice only**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.10**

**Nonpriority creditor's name and mailing address**

**Green Mountain Power**
**163 Acorn Lane**
**Colchester, VT 05446**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility - notice only**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

Debtor   **A-Nice, LLC**
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** |

**M&T Bank**
**Lending Services, Customer Support**
**P.O. Box 1288**
**Buffalo, NY 14240**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business loan**

Is the claim subject to offset? ■ No ☐ Yes

$3,000.00

---

| | |
|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** |

**MMG Insurance**
**P.O. Box 729**
**Presque Isle, ME 04769-0729**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** |

**Mocha Joes**
**35 Frost Street**
**Brattleboro, VT 05301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** |

**Suburban Propane**
**240 Route 10 West**
**P.O. Box 206**
**Whippany, NJ 07981-0206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** |

**Sysco Foods**
**1 Liebich Lane**
**Clifton Park, NY 12065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$5,000.00

---

| | |
|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** |

**The North Branch Fire District #1**
**78 Dorr Fitch Road**
**West Dover, VT 05356**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **2339**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Water and sewer charges**

Is the claim subject to offset? ■ No ☐ Yes

$1,214.04

---

| | |
|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** |

**W & B Management**
**P.O. Box 1339**
**West Dover, VT 05356**

Date(s) debt was incurred  **2023-2025**

Last 4 digits of account number  **3630**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Plowing**

Is the claim subject to offset? ■ No ☐ Yes

$7,688.62

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | A-Nice, LLC | Case number (if known) |
|---|---|---|
| | Name | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Casella Waste Services**<br>**P.O. Box 1372**<br>**Williston, VT 05495** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **MMG Insurance**<br>**44 Maysville Street**<br>**Presque Isle, ME 04769** | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Vermont Department of Labor**<br>**c/o VT Attorney General**<br>**109 State Street**<br>**Montpelier, VT 05609-1001** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Vermont Department of Liquor and Lottery**<br>**c/o VT Attorney General**<br>**109 State Street**<br>**Montpelier, VT 05609-1001** | Line **2.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Vermont Department of Taxes**<br>**133 State Street**<br>**Montpelier, VT 05633-1401** | Line **2.4**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  30,497.43 |
| 5b. Total claims from Part 2 | 5b.  + | $  101,447.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $  131,944.43 |

**Fill in this information to identify the case:**

Debtor name        **A-Nice, LLC**

United States Bankruptcy Court for the:    DISTRICT OF VERMONT

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **A-Nice, LLC**

United States Bankruptcy Court for the:    DISTRICT OF VERMONT

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  |  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Andrew and Marie Nystrom** | **409 Grassy Brook Road Brookline, VT 05345** | **Associated Grocers of New England, Inc.** | ☐ D _____<br>■ E/F  **3.2**<br>☐ G _____ |
| 2.2 | **Andrew and Marie Nystrom** | **409 Grassy Brook Road Brookline, VT 05345** | **AM Trust Financial** | ☐ D _____<br>■ E/F  **3.1**<br>☐ G _____ |
| 2.3 | **Andrew and Marie Nystrom** | **409 Grassy Brook Road Brookline, VT 05345** | **Black River Produce** | ☐ D _____<br>■ E/F  **3.3**<br>☐ G _____ |
| 2.4 | **Andrew and Marie Nystrom** | **409 Grassy Brook Road Brookline, VT 05345** | **Casella Waste Services** | ☐ D _____<br>■ E/F  **3.4**<br>☐ G _____ |
| 2.5 | **Andrew and Marie Nystrom** | **409 Grassy Brook Road Brookline, VT 05345** | **Dogwood State Bank** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **A-Nice, LLC** | Case number *(if known)* |

---

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Andrew and Marie Nystrom** | **409 Grassy Brook Road Brookline, VT 05345** | **Dogwood State Bank** | ■ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Andrew and Marie Nystrom** | **409 Grassy Brook Road Brookline, VT 05345** | **Dumac Business Systems** | ☐ D _____<br>■ E/F ___**3.6**___<br>☐ G _____ |
| 2.8 | **Andrew and Marie Nystrom** | **409 Grassy Brook Road Brookline, VT 05345** | **Duncan Cable** | ☐ D _____<br>■ E/F ___**3.7**___<br>☐ G _____ |
| 2.9 | **Andrew and Marie Nystrom** | **409 Grassy Brook Road Brookline, VT 05345** | **ERC Specialists** | ☐ D _____<br>■ E/F ___**3.8**___<br>☐ G _____ |
| 2.10 | **Andrew and Marie Nystrom** | **409 Grassy Brook Road Brookline, VT 05345** | **Frito-Lay North America, Inc.** | ☐ D _____<br>■ E/F ___**3.9**___<br>☐ G _____ |
| 2.11 | **Andrew and Marie Nystrom** | **409 Grassy Brook Road Brookline, VT 05345** | **Green Mountain Power** | ☐ D _____<br>■ E/F ___**3.10**___<br>☐ G _____ |
| 2.12 | **Andrew and Marie Nystrom** | **409 Grassy Brook Road Brookline, VT 05345** | **Internal Revenue Service** | ☐ D _____<br>■ E/F ___**2.1**___<br>☐ G _____ |
| 2.13 | **Andrew and Marie Nystrom** | **409 Grassy Brook Road Brookline, VT 05345** | **M&T Bank** | ☐ D _____<br>■ E/F ___**3.11**___<br>☐ G _____ |

| Debtor | **A-Nice, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

| | | Additional Page to List More Codebtors | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.14 | **Andrew and Marie Nystrom** | **409 Grassy Brook Road Brookline, VT 05345** | **MMG Insurance** | ☐ D _____<br>■ E/F   **3.12**<br>☐ G _____ |
| 2.15 | **Andrew and Marie Nystrom** | **409 Grassy Brook Road Brookline, VT 05345** | **Mocha Joes** | ☐ D _____<br>■ E/F   **3.13**<br>☐ G _____ |
| 2.16 | **Andrew and Marie Nystrom** | **409 Grassy Brook Road Brookline, VT 05345** | **Suburban Propane** | ☐ D _____<br>■ E/F   **3.14**<br>☐ G _____ |
| 2.17 | **Andrew and Marie Nystrom** | **409 Grassy Brook Road Brookline, VT 05345** | **Sysco Foods** | ☐ D _____<br>■ E/F   **3.15**<br>☐ G _____ |
| 2.18 | **Andrew and Marie Nystrom** | **409 Grassy Brook Road Brookline, VT 05345** | **The North Branch Fire District #1** | ☐ D _____<br>■ E/F   **3.16**<br>☐ G _____ |
| 2.19 | **Andrew and Marie Nystrom** | **409 Grassy Brook Road Brookline, VT 05345** | **U.S. Small Business Administration** | ■ D   **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | **Andrew and Marie Nystrom** | **409 Grassy Brook Road Brookline, VT 05345** | **Vermont Department of Labor** | ☐ D _____<br>■ E/F   **2.2**<br>☐ G _____ |
| 2.21 | **Andrew and Marie Nystrom** | **409 Grassy Brook Road Brookline, VT 05345** | **Vermont Department of Liquor and Lottery** | ☐ D _____<br>■ E/F   **2.3**<br>☐ G _____ |

| Debtor | **A-Nice, LLC** | Case number *(if known)* | |
|--------|------|--------|---|

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | Column 2: **Creditor** | | |
|---|---|---|---|---|
| 2.22 | **Andrew and Marie Nystrom** | **409 Grassy Brook Road Brookline, VT 05345** | **Vermont Department of Taxes** | ☐ D _____ <br> ■ E/F __2.4__ <br> ☐ G _____ |
| 2.23 | **Andrew and Marie Nystrom** | **409 Grassy Brook Road Brookline, VT 05345** | **W & B Management** | ☐ D _____ <br> ■ E/F __3.17__ <br> ☐ G _____ |
| 2.24 | **Andrew and Marie Nystrom** | **409 Grassy Brook Road Brookline, VT 05345** | **Glacier Bank** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name     **A-Nice, LLC**

United States Bankruptcy Court for the:   DISTRICT OF VERMONT

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:     Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ☐ Operating a business<br>■ Other **Gross Receipts or Sales** | **$1.00** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ☐ Operating a business<br>■ Other **Gross Receipts or Sales** | **$4,480,077.00** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other **Gross Receipts or Sales** | **$4,272,451.00** |
| **For the fiscal year:**<br>From **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other **Gross Receipts or Sales** | **$4,082,063.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   **A-Nice, LLC**        Case number *(if known)* _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Baker Distributing**<br>P.O. Box 218<br>Winooski, VT 05404 | **March 25, April 8, April 15, April 22, April 29, May 6, May 13, May 27, June 3, June 10** | **$20,952.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Farrell Distributing Corp.**<br>5 Holmes Road<br>South Burlington, VT 05403 | **March 25, March 27, April 3, April 8, April 11, April 15, April 29, May 1, May 13, June 3** | **$19,603.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Davis Family Deli Provisions**<br>134 Park Street<br>Rutland, VT 05701 | **March 27, April 3, April 10, April 23, May 1, May 8, May 15, May 29, June 5** | **$10,010.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **AG of New England**<br>P.O. Box 6000<br>Pembroke, NH 03275-6000 | **March 26, April 2, April 9, April 16, April 23, April 30, May 7, May 14, May 21, May 28, June 4, June 11** | **$236,105.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Sysco Foods**<br>1 Liebich Lane<br>Clifton Park, NY 12065 | **March 25, April 1, April 10, April 15, April 25, May 5, May 8, May 16, May 22, May 28, June 6** | **$16,917.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Green Mountain Power**<br>P.O. Box 74<br>Brattleboro, VT 05302 | **April 15, April 16, May 20, June 10** | **$12,839.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **A-Nice, LLC** _____   Case number _(if known)_ _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>_Check all that apply_ |
|---|---|---|---|
| 3.7. **Andrew Nystrom**<br>**409 Grassy Brook Road**<br>**Brookline, VT 05345** | **March 31,**<br>**2025** | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent for commercial**<br>**property** |
| 3.8. **Glacier Bank**<br>**P.O. Box 27**<br>**Kalispell, MT 59903** | **March 30,**<br>**April 30, and**<br>**May 30** | $12,390.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **Vermont Department of Taxes**<br>**Bankruptcy Unit, 3rd Floor**<br>**109 State Street**<br>**P.O. Box 429**<br>**Montpelier, VT 05601-0429** | **March 27,**<br>**April 25, May**<br>**13, May 27,**<br>**June 11** | $25,506.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payroll taxes?  Income**<br>**taxes?** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. _Insiders_ include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Andrew Nystrom**<br>**409 Grassy Brook Road**<br>**Brookline, VT 05345**<br>**Member/Manager** | **June 28,**<br>**2024**<br>**($5,000), July**<br>**31, 2024**<br>**($5,000),**<br>**October 21,**<br>**2024**<br>**($20,000),**<br>**November 4,**<br>**2024**<br>**($9,000),**<br>**December**<br>**31, 2024**<br>**($10,000),**<br>**December**<br>**11, 2024**<br>**($5,000),**<br>**January 13,**<br>**2025**<br>**($5,000),**<br>**January 31,**<br>**2025**<br>**($20,000),**<br>**February 11,**<br>**2025**<br>**($11,000)** | $90,000.00 | **Rent to Andrew Nystrom**<br>**(owner of 323 Route 100, West**<br>**Dover, VT commercial property)**<br>**pursuant to commercial lease**<br>**agreement** |

Debtor   A-Nice, LLC

Case number *(if known)*

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|
   | **Farrell Distributing Corp.** **5 Holmes Road** **South Burlington, VT 05403** | **Wine and beer returns** | **June 19, 2025** | **$4,552.37** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

---

### Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ■ None.

   | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

### Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

---

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
    |---|---|---|---|
    | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

### Part 6:   Certain Payments or Transfers

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **A-Nice, LLC**                                    Case number *(if known)*

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Fisher Law Offices, PLLC 45 Lyme Road, Suite 205 Hanover, NH 03755** | **Attorney Fees ($7,500) and Court Filing Fees ($338)** | **June 24, 2025** | **$7,838.00** |
| | Email or website address **fisher@mbfisherlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page 5

Debtor      A-Nice, LLC _____     Case number *(if known)* _____

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■   No.
   ☐   Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐   No. Go to Part 10.
   ■   Yes. Does the debtor serve as plan administrator?

      ■   No Go to Part 10.
      ☐   Yes. Fill in below:

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **WW Building Supply Shafter Street Wilmington, VT 05363** | **WW Building Supply (Charles Hall)** | **See schedule B (50)** | ☐ No ■ Yes |

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

**Part 12:**    **Details About Environment Information**

Official Form 207                  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                  page **6**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **A-Nice, LLC**                                          Case number *(if known)*

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Adrian & Adrian, LLC** **P.O. Box 188** **Townshend, VT 05353** | **2013-2025** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor    **A-Nice, LLC**                                          Case number *(if known)*

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
|  |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
|  |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Andrew Nystrom | 409 Grassy Brook Road Brookline, VT 05345 | Sole member/manager | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **A-Nice, LLC**    Case number *(if known)*
_____

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 25, 2025**
_____

**/s/ Andrew J. Nystrom**                                    **Andrew J. Nystrom**
_____        _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Member/Manager**
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Vermont

In re   **A-Nice, LLC**

Debtor(s)

Case No.

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **7,500.00** |
| Prior to the filing of this statement I have received | $ | **7,500.00** |
| Balance Due | $ | **0.00** |

2. $ **338.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 25, 2025**

*Date*

**/s/ Michael B. Fisher**

**Michael B. Fisher**
*Signature of Attorney*
**Fisher Law Offices, PLLC**
**45 Lyme Road, Suite 205**
**Hanover, NH 03755**
**(603) 643-1313**
**fisher@mbfisherlaw.com**
*Name of law firm*

## United States Bankruptcy Court
### District of Vermont

In re    **A-Nice, LLC**                     Case No.

                                   Debtor(s)      Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Member/Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 25, 2025**                      **/s/ Andrew J. Nystrom**

                                               **Andrew J. Nystrom**/**Member/Manager**

                                               Signer/Title

AM Trust Financial
800 Superior Avenue E.
21st Floor
Cleveland, OH 44114

Associated Grocers of New England, Inc.
11 Cooperative Way
P.O. Box 6000
Pembroke, NH 03275

Black River Produce
P.O. Box 489
North Springfield, VT 05150

Casella Waste Services
437 Vernon Street
Brattleboro, VT 05301

Casella Waste Services
P.O. Box 1372
Williston, VT 05495

Consolidated Communications
f/d/b/a Fairpoint Communications
121 South 17th Street
Mattoon, IL 61938-3987

Dogwood State Bank
5401 Six Forks Road
Suite 100
Raleigh, NC 27609

Dogwood State Bank
5955 Carnegie Blvd.
Suite 200
Charlotte, NC 28209

Dogwood State Bank
10130 Mallard Creek Road
Charlotte, NC 28262

Dumac Business Systems
19 Corporate Circle
#1
East Syracuse, NY 13057

Duncan Cable
48 Sunny Knoll Drive
Wilmington, VT 05363

ERC Specialists
560 E Timpanogos Circle
Orem, UT 84097

Frito-Lay North America, Inc.
c/o CT Corporation System
1999 Bryan Street
Suite 900
Dallas, TX 75201

Glacier Bank
P.O. Box 27
Kalispell, MT 59903

Granite State Economic Development Inc.
1 Cate Street, #3
P.O. Box 1491
Attn: Carissa Murray
Portsmouth, NH 03802

Green Mountain Power
163 Acorn Lane
Colchester, VT 05446

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

M&T Bank
Lending Services, Customer Support
P.O. Box 1288
Buffalo, NY 14240

MMG Insurance
P.O. Box 729
Presque Isle, ME 04769-0729

MMG Insurance
44 Maysville Street
Presque Isle, ME 04769

Mocha Joes
35 Frost Street
Brattleboro, VT 05301

Suburban Propane
240 Route 10 West
P.O. Box 206
Whippany, NJ 07981-0206

Sysco Foods
1 Liebich Lane
Clifton Park, NY 12065

The North Branch Fire District #1
78 Dorr Fitch Road
West Dover, VT 05356

U.S. Small Business Administration
409 3rd Street, SW
Washington, DC 20416

U.S. Small Business Administration
c/o United States Attorney
11 Elmwood Avenue, 3rd Floor
P.O. Box 570
Burlington, VT 05402

Vermont Department of Labor
5 Green Mountain Drive
P.O. Box 488
Montpelier, VT 05601-0488

Vermont Department of Labor
c/o VT Attorney General
109 State Street
Montpelier, VT 05609-1001

Vermont Department of Liquor and Lottery
1311 US Route 302
Suite 100
Barre, VT 05641

Vermont Department of Liquor and Lottery
c/o VT Attorney General
109 State Street
Montpelier, VT 05609-1001

Vermont Department of Taxes
Bankruptcy Unit, 3rd Floor
109 State Street
P.O. Box 429
Montpelier, VT 05601-0429

Vermont Department of Taxes
133 State Street
Montpelier, VT 05633-1401

W & B Management
P.O. Box 1339
West Dover, VT 05356

# United States Bankruptcy Court
### District of Vermont

In re   **A-Nice, LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **A-Nice, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 25, 2025**

Date

**/s/ Michael B. Fisher**

**Michael B. Fisher**

Signature of Attorney or Litigant

Counsel for   **A-Nice, LLC**

**Fisher Law Offices, PLLC**
**45 Lyme Road, Suite 205**
**Hanover, NH 03755**
**(603) 643-1313**
**fisher@mbfisherlaw.com**