UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

In re:
A-Nice, LLC d/b/a Snow Mountain Market,　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 25-10130-hzc
　　　　　　　　Debtor.

### CORPORATE AUTHORITY TO FILE VOLUNTARY PETITION PURSUANT TO L.B.R. § 1001-2(d)

The above-captioned Chapter 7 debtor, A-Nice, LLC d/b/a Snow Mountain Market, by and through counsel, Fisher Law Offices, PLLC, hereby certifies that it has been authorized to file its voluntary Chapter 7 petition pursuant to the authority of its member/manager, Andrew Nystrom, provided to the undersigned as of the date hereof.

Date:　Hanover, New Hampshire
　　　　June 25, 2025　　　　　　　　　　　　　　FISHER LAW OFFICES, PLLC
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for the Chapter 7 Debtor

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael B. Fisher*
　　　　　　　　　　　　　　　　　　　　　　　　Michael B. Fisher
　　　　　　　　　　　　　　　　　　　　　　　　45 Lyme Road, Suite 205
　　　　　　　　　　　　　　　　　　　　　　　　Hanover, NH 03755
　　　　　　　　　　　　　　　　　　　　　　　　(603) 643-1313
　　　　　　　　　　　　　　　　　　　　　　　　fisher@mbfisherlaw.com